78 A.3d 1060

James DUNYAN, Petitioner

v.

COURT OF COMMON PLEAS OF PHILADELPHIA COUNTY, Respondent.

No. 126 EM 2013.

Supreme Court of Pennsylvania.

Oct. 30, 2013.

## ORDER

PER CURIAM.

AND NOW, this 30th day of October, 2013, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **DISMISSED.** *See Commonwealth v. Reid,* 537 Pa. 167, 642 A.2d 453 (1994) (hybrid representation not permitted). The Prothonotary is directed to forward the filings to counsel of record.

78 A.3d 1060

Carlos E. DUPREY, Jr., Petitioner

v.

COMMONWEALTH of Pennsylvania, et al., Respondents.

No. 124 EM 2013.

Supreme Court of Pennsylvania.

Oct. 30, 2013.

## ORDER

PER CURIAM.

AND NOW, this 30th day of October, 2013, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Habeas Corpus is **DENIED.**